**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2400**

ALLYSON B. BUMBRAY,

        Plaintiff - Appellant,

    v.

FEDERAL RESERVE BANK OF RICHMOND,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:25-cv-00179-DJN)

Submitted:  May 28, 2026                                         Decided:  June 1, 2026

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Allyson B. Bumbray, Appellant Pro Se.  Crystal L. Tyler, ISLER DARE P.C., Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allyson B. Bumbray appeals the district court's order granting Defendant's motion to dismiss Bumbray's retaliation and sex discrimination claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.  On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").

We have reviewed the record in conjunction with the issues Bumbray raises on appeal and find no reversible error.  Accordingly, we affirm the district court's order. *Bumbray v. Fed. Rsrv. Bank of Richmond*, No. 3:25-cv-00179-DJN (E.D. Va. Nov. 12, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*